### WESSEL v. SCHWARZLER.

(Supreme Court, Appellate Division, First Department. May 19, 1911.)

Appeal from Special Term, New York County.
Action by May Wessel against Albert J. Schwarzler. From an order vacating an order for defendant's examination before trial, plaintiff appeals. Affirmed.
Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

Cohen, Creevey & Richter (Theodore B. Richter, of counsel), for appellant. Edward J. Krug, Jr. (Max D. Steuer, of counsel), for respondent.

CLARKE, J. This is an action for $100,000 damages for breach of promise of marriage, and plaintiff is the daughter of Mary Wessel.
For the reasons stated in Mary Wessel v. Schwarzler, 129 N. Y. Supp. 521, opinion handed down herewith, the order appealed from should be affirmed, with $10 costs and disbursements to respondent. All concur.